Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re: | ) |
| **Lee, Kenneth** | ) Case No. **14-32153-pcm13** |
| **Lee, Jenny H.** | ) |
| | ) ORDER ALLOWING DEBTORS TO |
| | ) SELL ONE-HALF INTEREST |
| Debtor(s) | ) IN DEBTORS' DRY CLEANING |
| | ) BUSINESS |
| | ) |
| | ) |

Based upon debtors' NOTICE OF INTENT TO SELL ONE-HALF INTEREST IN DEBTORS' DRY CLEANING BUSINESS ("Notice"), properly served on May 5, 2015 and filed as court docket no. 43, no response or objection having been filed and the Court being fully advised, **IT IS HEREBY ORDERED** that debtors shall be allowed to sell one-half of the newly formed *Eco Friendly Cleaners, LLC*, to purchaser Ikkyun Mok. The sale price is $8,000, to be paid by Ikkyun Mok at the rate of $1,000 per month for eight (8) consecutive months. All proceeds from the sale are to be remitted by debtors to the Chapter 13 Trustee Wayne Godare immediately upon receipt. Secured

creditor *Wilshire Bank* is granted limited relief from the automatic stay to file a UCC-1 against all equipment of the newly formed business and to enter into a new agreement with the new entity which will include the personal guarantee of debtor Ken Lee.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

/s/ Ted A. Troutman
Troutman Law Firm, PC, 5075 SW Griffith Dr., Ste 220, Beaverton, Oregon 97005, Tel (503) 292-6788,
Fax (503) 596-2371, Attorney for Debtor(s), OSB #844470

CC Via Conventional Paper Service: None