DISTRICT OF OREGON
**F I L E D**
June 02, 2015
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 314-32153-PCM13 |
|    KENNETH LEE | ) | |
|    JENNY H LEE | ) | Order Amending Plan |
| | ) | Dated 04-16-14 |
|    Debtors | ) | |
| | ) | |

Wayne Godare, Chapter 13 Trustee ("Trustee"), and Debtors agree that a provision should be added to Debtors' plan dated 04-16-14. Formal notice of this plan modification is not required, as there is no negative impact on any creditor. The Court being fully advised, now, therefore,

IT IS ORDERED that Debtors' plan dated 04-16-14 is amended as follows:

/ / /

/ / /

/ / /

/ / /

1 – Order Amending Plan Dated 04-16-14

1. In paragraph 1(e), strike "N/A" and replace with "$8,000 from the sale of debtors' half-interest in dry cleaning business to be paid in $1,000 increments monthly beginning with the execution of the sales contract".

###

PRESENTED BY:

/s/ Jordan Hantman
Jordan Hantman, OSB #060715
Attorney for Wayne Godare, Chapter 13 Trustee

I certify that I have received confirmation, in writing, that Debtor(s), by and through counsel, have no objection to the form and content of this order and agree to its filing with the Court.

/s/ Chris Fazio
for Jordan Hantman, OSB #060715

cc: Debtors
 Debtors' attorney